No. 5,907.—J. B. LONG & CO., APPELLANT, *v.* PEARL F. McCULLOUGH ET AL., RESPONDENTS.

*Appeal from Teton County.*

Decided March 4, 1926.

PER CURIAM.—Respondents' motion to dismiss the appeal in this cause is sustained and the appeal is dismissed.

*Messrs. Cooper, Stephenson & Hoover,* for Appellant.

*Mr. Geo. W. Magee,* for Respondents.

———

No. 5,902.—MARGARET KING, APPELLANT, *v.* AMELIA H. KLEINSCHMIDT, RESPONDENT.

*Appeal from District Court, Lewis and Clark County.*

Decided March 10, 1926.

PER CURIAM.—Respondent's motion to dismiss the appeal herein is sustained and the appeal is dismissed.

*Mr. R. M. Mills* and *Mr. Ed Phelan,* for Appellant.

*Messrs. Walsh & Nagle,* for Respondent.